IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN RAFFENSBERGER,<br>Plaintiff, | : CIVIL ACTION<br>:<br>: |
| v. | : NO. 09-4758<br>: |
| SUSAN E. MOYER, ET AL.,<br>Defendants. | :<br>: |

## ORDER

**AND NOW**, this \_\_\_ day of March, 2010, upon consideration of the Motion to Dismiss filed by Defendants Charles Haugh, Stephen Englert, and Joshua Rapp (Docs. 14-16) and Plaintiff's Response in Opposition thereto (Doc. 17), **IT IS HEREBY ORDERED and DECREED** that Defendants' Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED** with **PREJUDICE** on the basis of the statute of limitations.[1]

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark the above-captioned case as **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Petrese B. Tucker*
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] The Court notes that granting any future request for leave to amend Plaintiff's Complaint would be futile. Plaintiff cannot amend the Complaint to state a claim on which relief could be granted because the litigation of this case would be time-barred.